UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>The MacMillin Company, Inc.</u>

        v.                        Civil No. 07-cv-177-JM

<u>New England Surface Preparation, Inc.</u>


ORDER OF DISMISSAL


     In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

     SO ORDERED.

May 27, 2009                                      /s/ James R. Muirhead
                                                      James R. Muirhead
                                                      United States Magistrate Judge


cc:    Naomi L. Mooney, Esq.
       Frank P. Spinella , Jr., Esq.
       Leslie M. Leonard, Esq.
       Ralph R. Woodman, Jr., Esq.